**LATHAM & WATKINS LLP**
Kevin M. McDonough
Jooyoung Yeu (*pro hac vice pending*)
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEANDRO ALVAREZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-CV-00322-SRC-CF |
| Plaintiff, | Hon. Stanley R. Chesler |
| v. | Magistrate Judge Cari Fais |
| PACIRA BIOSCIENCES, INC., DAVID STACK, FRANK D. LEE, ANTHONY MOLLOY, and CHARLES A. REINHART III, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | **MOTION DAY:** December 15, 2025 |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
### THE AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that on December 15, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Pacira BioSciences, Inc., David Stack, Frank D. Lee, Anthony Molloy, and Charles A. Reinhart III, shall move before The Honorable Stanley R. Chesler, United States District Judge, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order dismissing the Amended Class Action Complaint with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4.

**PLEASE TAKE FURTHER NOTICE** that pursuant to The Honorable Magistrate Judge Cathy L. Waldor's June 3, 2025, Order Setting Schedule (ECF No. 16), any opposition to Defendants' Motion to Dismiss shall be due on or before November 3, 2025, and any reply in support of Defendants' Motion to Dismiss shall be due on or before December 5, 2025.

**PLEASE TAKE FURTHER NOTICE** that in support of Defendants' Motion to Dismiss, Defendants will rely upon the Memorandum of Law in Support of Motion to Dismiss, the Declaration of Kevin M. McDonough and the exhibits thereto, as well as any submissions offered on reply.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

2

Date: September 19, 2025                    Respectfully submitted,

                                           **LATHAM & WATKINS LLP**

                                           _/s/ Kevin M. McDonough_
                                           Kevin M. McDonough
                                           Jooyoung Yeu (*pro hac vice pending*)
                                           1271 Avenue of the Americas
                                           New York, NY 10020
                                           (212) 906-1200
                                           kevin.mcdonough@lw.com
                                           jooyoung.yeu@lw.com

                                           *Attorneys for Defendants Pacira*
                                           *BioSciences, Inc., David Stack, Frank D.*
                                           *Lee, Anthony Molloy, and Charles A.*
                                           *Reinhart III*