<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| | : | |
| LEANDRO ALVAREZ, Individually and on behalf of all others similarly situated, | : | **Civil Action No. 25-00322 (SRC)** |
| | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | |
| | : | |
| PACIRA BIOSCIENCES, INC., DAVID STACK, FRANK D. LEE, ANTHONY MOLLOY, and CHARLES A. REINHART III, | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | | |

**CHESLER, District Judge**

This matter comes before the Court on a Motion to Dismiss submitted by Defendants Pacira Biosciences, Inc., David Stack, Frank D. Lee, Anthony Molloy, and Charles A. Reinhart III's ("Defendants") Motion to Dismiss the Amended Class Action Complaint (the "Motion") (Dkt. No. 27). Plaintiff filed opposition to the motion. (Dkt. No. 33). Defendants filed a reply in further support of the Motion. Having reviewed and considered the submissions filed in connection with the Motion, for the reasons set forth in the accompanying opinion and for good cause shown,

\* \* \*

**IT IS** on this 6th day of February, 2026

**ORDERED** that Defendants' Motion is **GRANTED**; and

1

**ORDERED** that Plaintiff's Amended Class Action Complaint is **DISMISSED** with prejudice.

                                                      /s/ Stanley R. Chesler
                                                STANLEY R. CHESLER, U.S.D.J.

Dated: February 6, 2026