# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEANDRO ALVAREZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIRA BIOSCIENCES, INC., FRANK D. LEE, ANTHONY MOLLOY, and CHARLES A. REINHART III,<br><br>    Defendants. | Case No: 2:25-cv-00322-SRC-CF<br><br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** |

Notice is hereby given that Lead Plaintiff Western Pennsylvania Teamsters and Employers Pension Fund ("Plaintiff") appeals to the United States Court of Appeals for the Third Circuit from the February 6, 2026, Opinion (Dkt. No. 41) and Order (Dkt. No. 42) of the United States District Court for the District of New Jersey, dismissing Plaintiffs' Amended Class Action Complaint (Dkt. No. 17), with prejudice.

Dated: March 6, 2026

**THE ROSEN LAW FIRM, P.A**

/s/ *Gonen Haklay*
Gonen Haklay
Jacob A. Goldberg
101 Greenwood Avenue, Suite 520
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827

Email:  ghaklay@rosenlegal.com
        jgoldberg@rosenlegal.com


Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

***Counsel for Plaintiff***